# United States District Court
## Northern District of Mississippi

**CEDRIC NESBIT**                                                **PLAINTIFF**

**VS.**                                             **CAUSE NO. 3:21-CV-0003-MPM-JMV**

**MISSISSIPPI DEPARTMENT OF TRANSPORTATION**          **DEFENDANT**

### FORM OF THE VERDICT

Question No. 1

Has Plaintiff Nesbit proved that his race or his relationship with a person of another race was a motivating factor in Defendant MDOT's decision to fire him?

Answer "Yes" or "No."

_____No_____

If you answered "yes" to question 1, you should proceed to a determination of damages. If you answered "no" to question 1, then you should answer no further questions, and the jury foreperson should simply sign this Form of the Verdict on the designated signature line below.

1

**Damages Question No. 1**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Nesbit for the damages, if any, you have found Defendant MDOT caused him?

In determining the amount of damages, you should consider the following elements of damages:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.
2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ _____

Total damages

Signed, this the 13 day of December, 2022

_____
JURY FOREPERSON

2