# United States District Court
## Northern District of Mississippi

**CEDRIC NESBIT**                                                                                    **PLAINTIFF**

**VS.**                                                           **CAUSE NO. 3:21-CV-03-MPM**

**MISSISSIPPI DEPARTMENT OF TRANSPORTATION**           **DEFENDANT**

### JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Michael P. Mills, Senior U.S. District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That the plaintiff, Cedric Nesbit, take nothing, that the action be dismissed on the merits, and that the defendant, Mississippi Department of Transportation, recover from the Plaintiff its cost of action.

This the 14th day of December 2022.

                                                        **DAVID CREWS**
                                                        Clerk of the Court

                                                          /s/Sallie Wilkerson
                                                        (By) Deputy Clerk